UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CASE NUMBER: 2:14-mj-01093-BO

UNITED STATES OF AMERICA :
:
VS. : ORDER
:
BRANDI L. CRADDOCK :
     DEFENDANT :

THIS MATTER coming on to be heard before the undersigned Judge upon the motion to have the defendant's license returned and the court finds as a fact that on August 1, 2014, thirty (30) days will have passed since the defendant surrendered her license after having been charged with operating a vehicle under the influence of alcohol. **IT IS, THEREFORE, ORDERED** that the defendant's driver's license be mailed to her by the Clerk of the United States District Court, Eastern District Of North Carolina to: 723 C Bragg Drive, Wilmington, NC 28412, after August 1, 2014.

This 4th day of Austust, 2014.

_/s/ Terrence Boyle_
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE